**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN HONEYCUTT**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:13CV00188 BSM**

**BRANDON WOMACK**                                                                    **DEFENDANT**

## ORDER

Plaintiff Steven Honeycutt has failed to respond to defendant Brandon Womack's motion for summary judgment [Doc. No. 22]. Plaintiff has 14 days to show cause why he failed to respond the motion, and if he fails to do so, this case will be dismissed with prejudice.

IT IS SO ORDERED this 30th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE