IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN M. HONEYCUTT**                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 3:13CV00188 BSM**

**BRANDON WOMACK**                                                                    **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE